IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA f/u/b TITAN CONSULTANTS & ENGINEERS, LLC, a Florida Limited Liability Company, §§§§§ | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. SA-22-CV-0129-FB |
| TOOTLE-QRI JV, LLC, a Florida Limited Liability Company, and THE GRAY INSURANCE COMPANY, a Louisiana Corporation, §§§§§§ | |
| Defendants. § | |

## J U D G M E N T

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge filed in this cause on this same date,

It is hereby ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge filed on February 22, 2024 (docket #31), is ACCEPTED such that Titan Consultants & Engineers' Motion for Summary Judgment (docket #24) is GRANTED; Tootle-QRI JV, LLC's breach of contract claim against Titan Consultants & Engineers (Titan) is DISMISSED; and Titan shall have judgment in its favor and against Tootle-QRI JV, LLC in the principal amount of $30,893.88, plus prejudgment interest at the rate agreed upon by the parties per day beginning on the date of each payment application attached to Titan's Motion for Summary Judgment until Final Judgment, attorney's fees, costs and post-judgment interest at the maximum rate permitted by federal law.

IT IS FURTHER ORDERED that motions pending, if any, are also **DISMISSED**, and this case is **CLOSED**.

It is so ORDERED.

SIGNED this 11th day of March, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE